Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

May 28, 2025

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-5130 DGE |
| Plaintiff | INDICTMENT |
| v. | |
| JOHNNY Q. NGUYEN, | |
| Defendant. | |

The Grand Jury charges that:

### COUNTS 1–5

### (Mail Fraud)

**A.  Background**

1.  JOHNNY Q. NGUYEN, a former United States Postal Service (USPS) employee, stole at least $90,851.00 from hundreds of Washington and California business entities and charities. He would have stolen hundreds of thousands of dollars from thousands of additional victims if his scheme to defraud Washington and California businesses and charities had not been discovered prior to completion.

2.  In the fall of 2024, NGUYEN sent, via the United States mail, mass mailings on fake state government letterhead to thousands of entities. The mailings

Indictment - 1
United States v. Nguyen
USAO No. 2024R01404

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

contained fraudulent billing statements directing victims to send checks to USPS post office (PO) boxes NGUYEN had rented, including in Olympia, Washington, ostensibly for the purpose of paying business entity and charitable organization registration and filing fees. The fraudulent billing statements further directed victims to make the checks payable to "Business Entities," which is the name of a California limited liability company NGUYEN had formed months earlier.

3. Thousands of Washington and California victim businesses and charities mailed checks, cashier's checks, and money orders to NGUYEN's PO boxes. NGUYEN deposited approximately 350 monetary instruments from Washington victims, totaling approximately $82,210.00, and approximately 60 monetary instruments from California victims, totaling approximately $8,640.50, in bank accounts he controlled. The United States seized approximately 1,711 pieces of mail containing additional monetary instruments, totaling approximately $395,295.00, before NGUYEN was able to retrieve and deposit them.

**B.   *The Scheme and Artifice to Defraud***

4. Beginning no later than July 24, 2024, and continuing through at least December 23, 2024, in Thurston County within the Western District of Washington, and elsewhere, JOHNNY Q. NGUYEN, with intent to defraud, knowingly devised a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

5. The essence of the scheme and artifice to defraud was to obtain money and property by inducing victims in Washington and California to mail to PO boxes rented by NGUYEN monetary instruments, including checks, cashier's checks, and money orders, made payable to "Business Entities," ostensibly for the purpose of paying fees associated with forming, registering, and renewing registrations of business entities and charities.

Indictment - 2
*United States v. Nguyen*
USAO No. 2024R01404

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  **C.**     ***The Manner and Means of the Scheme and Artifice***

2       6.    It was part of the scheme and artifice to defraud that, on or about July 24, 2024, NGUYEN formed, and caused to be formed, Business Entities, LLC, a California limited liability company.

5       7.    It was further part of the scheme and artifice to defraud that NGUYEN rented, and caused to be rented, PO boxes including, but not limited to, a PO box located at the Olympia Main Post Office in Olympia, Washington ("Olympia PO Box").

8       8.    It was further part of the scheme and artifice to defraud that NGUYEN created, and caused to be created, letters depicting a state government seal and letterhead including, but not limited to, the Washington State Seal ("Scam Letters"). The Scam Letters included the name of purported state government agencies including, but not limited to, the "State of Washington Corportions [sic] & Charities Division." The Scam Letters identified recipient entities by name and entity number including, but not limited to, the recipients' Unified Business Identifier (UBI) numbers. The Scam Letters contained instructions regarding annual registration fees for business entities and charitable organizations and directed the recipients to make checks or money orders payable to "Business Entities." The Scam Letters directed recipients to send the monetary instruments to PO Boxes rented and controlled by NGUYEN including, but not limited to, the Olympia PO Box. A copy of a representative example of the Scam Letters is included below:

///

///

///

Indictment - 3
*United States v. Nguyen*
USAO No. 2024R01404

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



State of Washington
Corportions & Charities Division
P.O. Box 5, Olympia, WA. 98507-0005

UBI TYPE: LLC
DUE DATE: 12-31-2024
UBI NUMBER: [redacted]
STATEMENT DATE:12-13-2024

**Service For**

[redacted]

**Billing Summary**

| | |
|---|---|
| Business Entity Default Fee. | $180 |
| Annual Report Filling Fee. | +$50 |
| State of Washington Tax. | $0.00 |
| **Total Amount Due** | **$230** |

By 12-31-2024

## Required State of Information

Statement Under Washington State law, all Limited Liability Companies (LLCs) are required to file formation documents with a $180 default fee as per RCW 25.15. Additional fees apply depending on the services requested. For example, a $50 fee applies for trademark amendments or other changes, regulated under RCW 19.77. Nonprofit corporations may qualify for a reduced filing fee of $40 under RCW 24.03A if their gross revenue is under $500,000.

Businesses must also submit an Annual Report under RCW 23.95.255, which includes the appointment of a registered agent under RCW 23.95.415. The registered agent is responsible for receiving legal documents on behalf of the business. Failure to file the Annual Report or update the Statement of Information can result in administrative dissolution, as specified in RCW 23.95.615. Businesses may also incur late fees or penalties if filings are not made in a timely manner.

Maintaining compliance with all filing requirements is crucial to ensure the business remains in good standing with the state.

**Payment Instructions**

[redacted]

Please make all checks or money orders payable to **Business Entities.**
Ensure your payment includes your UBI Number: [redacted] and mail it to the address provided in the next box.

**State of Washington**
**Business Entities**
**PO Box [redacted]**
**Olympia, WA. 98507-0005**

9. It was further part of the scheme and artifice to defraud that NGUYEN placed, and caused to be placed, the Scam Letters in an authorized USPS depository, to be sent to victims.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10.     It was further part of the scheme and artifice to defraud that NGUYEN caused to be delivered by USPS to PO boxes rented and controlled by NGUYEN including, but not limited to, the Olympia PO Box, mailings enclosing monetary instruments made payable to "Business Entities" sent by victims.

11.     It was further part of the scheme and artifice to defraud that NGUYEN retrieved, and caused to be retrieved, monetary instruments made payable to "Business Entities" sent by victims to PO boxes rented and controlled by NGUYEN including, but not limited to, the Olympia PO Box.

12.     It was further part of the scheme and artifice to defraud that NGUYEN deposited monetary instruments, sent by victims, in bank accounts NGUYEN controlled including, but not limited to, Wells Fargo Bank, N.A. ("Wells Fargo"), account ending -4213 and Bank of America, N.A. ("Bank of America"), account ending -7464.

### C.    *Execution of the Scheme and Artifice to Defraud*

13.     On or about the dates identified below, within the Western District of Washington, and elsewhere, NGUYEN, for the purpose of executing and attempting to execute this scheme and artifice to defraud, knowingly caused to be delivered by USPS according to the direction thereon, the following mail matter, with each mailing constituting a separate Count of this Indictment:

| COUNT | DATE | MAILING |
|---|---|---|
| 1 | December 13, 2024 | Envelope containing a Scam Letter addressed to Intended Victim 1, located in Ridgefield, Washington |
| 2 | December 13, 2024 | Envelope containing a Scam Letter addressed to Intended Victim 2, located in Fife, Washington |
| 3 | December 16, 2024 | Envelope containing a check issued by Intended Victim 3 in the amount of $230.00 made payable to "Business Entities" sent to Olympia, Washington |
| 4 | December 17, 2024 | Envelope containing a check issued by Intended Victim 4 in the amount of $230.00 made payable to "State of Washington Business Entities, PO Box [ ], |

Indictment - 5
*United States v. Nguyen*
USAO No. 2024R01404

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| | | Olympia, WA 98507" sent to Olympia, Washington |
| 5 | December 18, 2024 | Envelope containing a check issued by Intended Victim 5 in the amount of $230.00 made payable to "Business Entities" sent to Olympia, Washington |

All in violation of Title 18, United States Code, Sections 1341 and 2.

## COUNTS 6–7

### (Money Laundering – Concealment)

14. On or about the following dates, in the Western District of Washington, and elsewhere, JOHNNY Q. NGUYEN did knowingly conduct and attempt to conduct the following financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, mail fraud, in violation of Title 18, United States Code, Sections 1341 and 2, knowing that the transactions were designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity:

| COUNT | DATE | AMOUNT | TRANSACTION |
|---|---|---|---|
| 6 | December 17, 2024 | $5,000.00 | Zelle payment from Wells Fargo account ending -4213, held in the name of Business Entities LLC, to JPMorgan Chase Bank, N.A. ("Chase") account ending -9832, held in the name of K.D. and V.N., with payment memo "HOLD THEM FOR ME" |
| 7 | December 17, 2024 | $5,000.00 | Zelle payment from Wells Fargo account ending -4213, held in the name of Business Entities LLC, to Chase account ending -0152, held in the name of S.D. and V.N., with payment memo "HOLD THEM FOR ME" |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

Indictment - 6
*United States v. Nguyen*
USAO No. 2024R01404

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNTS 8–9

### (Money Laundering – Promotion)

15. On or about the following dates, in the Western District of Washington, and elsewhere, JOHNNY Q. NGUYEN did knowingly conduct and attempt to conduct the following financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, mail fraud, in violation of Title 18, United States Code, Sections 1341 and 2, with the intent to promote the carrying on of specified unlawful activity, that is, mail fraud, in violation of Title 18, United States Code, Sections 1341 and 2, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity:

| COUNT | DATE | AMOUNT | TRANSACTION |
|---|---|---|---|
| 8 | December 9, 2024 | $3,730.23 | Automated clearinghouse (ACH) payment from Wells Fargo account ending -4213, held in the name of Business Entities LLC, to USPS |
| 9 | December 13, 2024 | $11,427.27 | ACH payment from Wells Fargo account ending -4213, held in the name of Business Entities LLC, to USPS |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

## COUNTS 10-11

### (Money Laundering – Spending)

16. On or about the following date, in the Western District of Washington, and elsewhere, JOHNNY Q. NGUYEN did knowingly engage and attempt to engage in the following monetary transactions, by through and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, that is, mail fraud, in violation of Title 18, United State Code, Sections 1341 and 2:

Indictment - 7
United States v. Nguyen
USAO No. 2024R01404

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| COUNT | DATE | AMOUNT | TRANSACTION |
|---|---|---|---|
| 10 | December 16, 2024 | $16,000.00 | Wire transfer from Wells Fargo account ending -4213, held in the name of Business Entities LLC, to Chase account ending -3332, held in the name of V.N., with payment memo "Loan" |
| 11 | December 18, 2024 | $25,000.00 | Withdrawal of United States currency from Wells Fargo account ending -4213, held in the name of Business Entities LLC |

All in violation of Title 18, United States Code, Sections 1957 and 2.

## FORFEITURE ALLEGATION

17. The allegations contained in Counts 1–11 above are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

18. Upon conviction of any of the offenses alleged in Counts 1–5, JOHNNY Q. NGUYEN shall forfeit to the United States any property constituting, or derived from, proceeds Defendant obtained directly or directly, as a result of the offense. All such property is forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c), and includes but is not limited to a sum of money, also known as a forfeiture money judgment, in the amount of $90,851.00, reflecting the proceeds the Defendant obtained as result of the offense.

19. Upon conviction of any of the offenses alleged in Counts 6–11, JOHNNY Q. NGUYEN shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property. All such property is forfeitable pursuant to Title 18, United States Code, Section 982(a)(1).

///

///

///

Indictment - 8
*United States v. Nguyen*
USAO No. 2024R01404

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: yes

DATED: 28 May 2028

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TEAL LUTHY MILLER
Acting United States Attorney

_____
THOMAS WOODS
Assistant United States Attorney

_____
JEHIEL I. BAER
Assistant United States Attorney

Indictment - 9
*United States v. Nguyen*
USAO No. 2024R01404

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970